# CASE ANNOUNCEMENTS

*August 9, 2010*

[Cite as *08/09/2010 Case Announcements*, 2010-Ohio-3624.]

## MOTION AND PROCEDURAL RULINGS

**In re Lewis.**
On May 11, 2005, this court found Sidney T. Lewis and Yvonne D. Webb–Lewis to be vexatious litigators under S.Ct.Prac.R. 14.5(B). This court further ordered that Sidney T. Lewis and Yvonne D. Webb–Lewis were prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On July 28, 2010, Sidney T. Lewis and Yvonne D. Webb–Lewis submitted a

motion for leave to file a notice of appeal. Upon consideration thereof,

It is ordered by the court that the motion of Sidney T. Lewis and Yvonne D. Webb–Lewis for leave is denied.